THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VIOLA SCOTT on behalf of
  ABSALOM SCOTT                                                Plaintiff

v.                       3:06CV00040 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                   Defendant

**ORDER**

    Pursuant to the Mandate of the Court of Appeals, this case is hereby remanded to the Commissioner for further proceedings in accordance with the Opinion of the Court of Appeals.

    IT IS SO ORDERED.

    DATED this 20th day of August, 2008.


_____
UNITED STATES MAGISTRATE JUDGE